IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:11CR243 |
| vs. ) | |
| ) | ORDER |
| MARIA RODRIGUEZ-SANCHEZ, ) | |
| Defendant. ) | |

Defendant Maria Rodriguez-Sanchez (Rodriguez-Sanchez) appeared before the court on December 19, 2012, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 58). Rodriguez-Sanchez was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Special Assistant U.S. Attorney Christopher L. Ferretti. Through her counsel, Rodriguez-Sanchez waived her right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that Rodriguez-Sanchez should be held to answer for a final dispositional hearing before Chief Judge Laurie Smith Camp.

The government moved for detention. Through counsel, Rodriguez-Sanchez declined to present any evidence or request a hearing on the issue of detention. Since it is Rodriguez-Sanchez's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is neither a flight risk nor a danger to the community, the court finds Rodriguez-Sanchez has failed to carry her burden and that Rodriguez-Sanchez should be detained pending a dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 11:30 a.m. on February 11, 2013**. Defendant must be present in person.

2. Defendant Maria Rodriguez-Sanchez is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 19th day of December, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge